UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **AMERICAN BUS ASSOCIATION, INC.** ) | | |
| ) | | |
| **Plaintiff,** ) | | |
| ) | | |
| v. ) | | Civil Action No. 10-686 (ESH) |
| ) | | |
| **PETER M. ROGOFF,** ) | | |
| **Administrator,** ) | | |
| **Federal Transit Administration,** ) | | |
| **U.S. Department of Transportation,** *et al.*, ) | | |
| ) | | |
| **Defendants.** ) | | |

| | | |
|---|---|---|
| **UNITED MOTORCOACH** ) | | |
| **ASSOCIATION, INC.,** ) | | |
| ) | | |
| **Plaintiff,** ) | | |
| ) | | |
| v. ) | | Civil Action No. 10-701 (ESH) |
| ) | | |
| **PETER M. ROGOFF,** ) | | |
| **Administrator,** ) | | |
| **Federal Transit Administration,** ) | | |
| **U.S. Department of Transportation,** ) | | |
| ) | | |
| **Defendant.** ) | | |

## **ORDER**

Upon consideration of plaintiffs' motions for preliminary injunction, the opposition thereto, and replies, the arguments of counsel at the June 3, 2010 hearing on the merits, and the entire record herein, it is hereby

1

**ORDERED** that section 172 of the Consolidated Appropriations Act of 2010, Pub. L. No. 111-117, § 172, 123 Stat 3034, 3065-66 (2009), is declared unconstitutional.  Defendant shall forthwith apply the Charter Rule, part 604 of title 49, Code of Federal Regulations, notwithstanding section 172 of Public Law Number 111-117, with respect to the King County Department of Transportation Metro Transit Division; and it is further

**ORDERED** that the above-captioned case is **DISMISSED**.

                                                           /s/
                                      ELLEN SEGAL HUVELLE
                                      United States District Judge

DATE:  June 9, 2010